No. 22-50158

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

B.W.
Plaintiff, Appellant

v.

AUSTIN INDEPENDENT SCHOOL DISTRICT,
Defendant, Appellee

_____

On Appeal from the United States District Court,
Western District of Texas- Austin Division,
Before the Honorable Lee Yeakel, Judge Presiding
1:20-cv-00750

_____

APPELLANT'S MOTION FOR CONTINUANCE OF
REHEARING *EN BANC* AND FOR EXTENSION OF ALL
CORRELATED DEADLINES

_____

Pursuant to Fed. R. App. P. 35(a)(1) and 5th Cir. R. 35.4, Appellant hereby files this *Appellant's Motion For Continuance Of Rehearing En Banc And For Extension Of All Correlated Deadlines* and in support would respectfully show as follows:

1. On January 30, 2023 Appellant's filed a motion requesting a hearing *en banc*.

1

2. On or about June 27, 2023 this request was granted and counsels for all parties received notice(s) of pertinent deadlines.

3. The following are deadlines which have been set relative to the en banc hearing including:

    a. Paper copies of the briefs were to be submitted by July 11, 2023;

    b. Appellants are to file their *en banc* brief no later than July 27, 2023;

    c. Appellees are to file their brief no later than August 28, 2023; and

    d. The oral argument is tentatively set for the week of September 18, 2023.

4. In the interim Mr. Cirkiel, counsel for Appellant, has been scheduled for surgery on August 24, 2023.

5. At this time his doctor cannot guarantee precisely how long his recovery will take. Further, he cannot predict if he will be able to travel on or by the week of September 18, 2023.

6. Appellant's Counsel has contacted Counsel for Appellee by emails and they are UNOPPOSED to this Motion.

7. This Motion for Extension of Time is not made for purposes of delay but so that justice may be done.

> Respectfully submitted,
>
> */s/ Martin J. Cirkiel*

Martin J. Cirkiel
Texas Bar No. 00783829
FED I.D. No. 21488
Cirkiel Law Group
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com [Email]

LEAD COUNSEL FOR APPELLANT

# CERTIFICATE OF CONFERENCE

This is to certify that on July 6, 2023 the undersigned counsel communicated with counsel for Appellee who is UNOPPOSED to the foregoing Motion.

*/s/ Martin J. Cirkiel*
Martin J. Cirkiel

# CERTIFICATE OF SERVICE

This is to certify that on July 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send electronic notification of such filing to the following:

**Thompson & Horton, L.L.P.**
Christopher B. Gilbert
3200 Southwest Freeway
Suite 2000
Houston, Texas 77027
(713)554-6744 [Telephone]
(713)583-7698  [Facsimile]
ATTORNEY FOR DEFENDANT/ APPELLEE
AUSTIN INDEPENDENT SCHOOL DISTRICT

*/s/ Martin J. Cirkiel*
Martin J. Cirkiel

# CERTIFICATE OF COMPLIANCE

I. Pursuant to Fed. Rule of App. P. 32(a)(7)(B)(i) and, the undersigned certifies this Motion complies with the type-volume limitations of Fed. Rule of App. P. 32(a)(7)(B)(i) because:

**X** this document contains 953 words, excluding the parts of the Motion exempted by Fed. Rule of App. P. 32(f) and Local Rule 32.1.

II. Pursuant to Fed. Rule of App. P. 32(a)(5), the undersigned certifies this brief complies with the typeface and type style requirements of Fed. Rule of App. P. 32(a)(5) because:

**X** this Motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14 pt. Times New Roman, or

The undersigned understands a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in Fed. Rule Of App. P. 32(a)(7)(b)(i) and typeface requirements in Fed. Rule Of App. P. 32(a)(5), may result in the court's striking the motion and imposing sanctions against the person signing the brief.

/s/ *Martin J. Cirkiel*
Martin J. Cirkiel